ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
LLOYD F. LEROY, ESQ., S.B. #203502
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHY LEECH, etc. et. al. | No. C08-1255-JCS |
| Plaintiffs, | |
| vs. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| TODD SHIPYARDS CORPORATION, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the parties named in the complaint, there is no such interest to report.

Dated: February 27, 2008        BRAYTON❖PURCELL LLP

/s/ Lloyd F. LeRoy

By: _____
Lloyd F. LeRoy
Attorneys for Plaintiffs

K:\Injured\108864\FEDERAL\Cert Interested Parties (Leech).wpd        1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS