ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
LLOYD F. LEROY, ESQ., S.B. #203502
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHY LEECH, etc. et. al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TODD SHIPYARDS CORPORATION, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. C08-1255-JCS <br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: March 10, 2008                                    BRAYTON❖PURCELL LLP

                                                            /s/ David R. Donadio
                                                By:    _____
                                                            David R. Donadio
                                                            Attorneys for Plaintiffs