1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  FRANK J. ANDERS, ESQ., S.B. #227208
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555
   (415) 898-1247 (Fax No.)
6
7  Attorneys for Plaintiffs

8            **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11  KATHY LEECH, *et al.,*                    )    No. C 08-01255-SC
                                              )
12            Plaintiffs,                     )
                                              )
13  vs.                                       )    JOINT MOTION AND STIPULATION TO
                                              )    STAY PROCEEDING OR, IN THE
14  TODD SHIPYARDS CORPORATION,               )    ALTERNATIVE, TO CONTINUE CASE
                                              )    MANAGEMENT DEADLINE AND
15            Defendant.                      )    CONFERENCE, AND TO EXTEND TIME;
                                              )    [PROPOSED] ORDER TO STAY;
16                                            )    [PROPOSED ALTERNATIVE] ORDER
                                              )    TO CONTINUE
17                                            )

18
19        Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and

20  respectfully move the Court for, an Order staying this action, or in the alternative continuing

21  case management deadlines, for the following good cause:

22        On March 31, 2008, Defendant TODD SHIPYARDS CORPORATION filed a Notice to

23  Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District

24  of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District.

    Defendant TODD SHIPYARDS CORPORATION confirms that said notice was transmitted by
25
    Defendant to the Judicial Panel on Multidistrict Litigation ("JPML") in Washington, D.C.
26
    ////
27
    ////
28

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1    On July 29, 1991, the JPML entered an order transferring all asbestos personal injury
2    cases pending in the federal courts to the United States District Court for the Eastern District of
3    Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. (*In re Asbestos*
4    *Products Liability Litigation (no. VI). MDL No. 875.*, 771 F.Supp. 415 (1991)).  That order also
5    applies to "tag-along actions," or actions involving common questions of fact filed after January
6    17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of
7    MDL 875,  for coordinated pretrial proceedings.
8    The JPML has held that a district court has the authority to stay pending a transfer order.
9    *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)
10   ("[T]hose courts concluding that such issues should be addressed by the transferee judge need
11   not rule on them, and the process of 1407 transfer in MDL-875 can continue without any
12   unnecessary interruption or delay.")
13   The parties agree that it is likely that the JPML  will transfer this matter to the Eastern
14   District of Pennsylvania. The Clerk of the JPML has not entered a *Conditional Transfer Order*
15   pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be
16   transferred, pursuant to JPML Rule 13(b).  It is likely the dates set forth in the *Case Management*
17   *Scheduling Order*  including the deadlines imposed by Federal Rules of Civil Procedure, Rule
18   26, will pass before the Clerk of the JPML acts.
19   The parties make this Motion on the grounds that a stay of this action would (a) promote
20   judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the
21   parties.
22   For the reasons above, the parties hereby STIPULATE to and respectfully request the
23   Court VACATE its  *Case Management Scheduling Order* and that the Court issue an Order
24   STAYING this action pending the outcome of the MDL Panel's decision on the merits of the
25   transfer.
26   ////
27   ////
28   ////

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO
CONTINUE CASE MANAGEMENT DEADLINES  - C08-01255-SC

1    In the alternative, the parties hereby STIPULATE to and respectfully request that this

2 Court vacate and continue the dates set forth in the *Case Management Scheduling Order* pending

3 the outcome of the JPML's decision on the merits of the transfer.

4 Dated: April 9, 2008                            BRAYTON❖PURCELL LLP

5                                                 /s/ David R. Donadio

6

7                                                 By: _____
                                                      David R. Donadio
                                                      Attorneys for Plaintiffs

8

9 Dated: April 8, 2008                            YARON & ASSOCIATES

                                                  /s/  George D. Yaron
10

11                                                By: _____
                                                      George D. Yaron
12                                                    Attorneys for Defendant TODD
                                                      SHIPYARDS CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO
CONTINUE CASE MANAGEMENT DEADLINES  - C08-01255-SC

1             [PROPOSED]   **ORDER TO STAY**

2         IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*

3 *Management Scheduling Order* dated March 3, 2008,  are hereby VACATED and that this action

4 is STAYED pending the outcome of the JPML's decision on the merits of the transfer.

5

6 Dated: _____4/10/08_____

7 _____   .

8     Samuel C
    United St                              Judge

9

10 [PROPOSED *ALTERNATIVE*]   **ORDER TO CONTINUE**

11         IT IS HEREBY ORDERED that the hearing date and deadlines specified in the Court's

12 Case Management Scheduling Orders are hereby VACATED.

13         IT IS FURTHER ORDERED that the following case management deadlines are

14 continued as follows:

15         1.      The Case Management Conference is set for [a date after September 1, 2008  to

16 wit:] _____, 2008; at _____ __.m., Courtroom _____, _____th Floor, 450

17 Golden Gate Avenue, San Francisco, California.

18         2.      Last day to meet and confer regarding initial disclosures, early settlement, ADR

19 process selection, and discovery plan is set for 21 days before the Case Management Conference

20 as set forth in paragraph 1, above.

21         3.      Last day to file Joint ADR Certification with Stipulation to ADR Process or

22 Notice of Need for ADR Phone Conference is set for 21 days before the Case Management

23 Conference as set forth in paragraph 1, above.

24 ////

25 ////

26 ////

27 ////

28 ////

1        4.      Last day to complete initial disclosures or state objection to Rule 26(f) Report,

2    file/serve Case Management Statement and file/serve Rule 26(f) Report is set for five court days

3    before  the Case Management Conference as set forth in paragraph 1, above.

4    Dated: _____

5

6                                                              _____    .
7                                                              Samuel Conti
                                                               United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO
CONTINUE CASE MANAGEMENT DEADLINES  - C08-01255-SC